ACCEPTED
06-14-00020-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/7/2015 1:31:27 PM
DEBBIE AUTREY
CLERK

No. 06-14-00020-CV

_____

In the Court of Appeals of Texas
Sixth District
Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/7/2015 1:31:27 PM
DEBBIE AUTREY
Clerk

_____

**WENDOLYN MESSNER, DEPENDENT ADMINISTRATOR**
*Appellant*

v.

**MARK L. BOON AND BOON SHAVER ECHOLS COLEMAN & GOOLSBY, P.L.L.C.,**
*Appellees*

_____

**APPELLANT'S MOTION FOR LEAVE TO EXCEED WORD COUNT**
_____

Pursuant to Rule 9.4(i)(4) of the Texas Rules of Appellate Procedure, Appellant Wendolyn Messner, Dependent Administrator, files this Motion for Leave to Exceed Word Count, asking the Court that she be allowed to exceed the 4,500 word limit for motions for rehearing by 116 words so that she can supplement Appellant's Motion for Rehearing that she filed on January 5, 2015. She believes that Appellant's Supplement to Motion for Hearing more effectively shows an error in the Court's analysis by pointing out a contradiction in its Opinion. The purpose of Appellant's Supplement to Motion for Hearing is to add to Appellant's Motion for Hearing, not to supplant or replace it.

1

Respectfully submitted,

/s/ Paul W. Turner_____
Paul W. Turner
Texas Bar No. 24037619
400 S. Alamo, Suite A
Marshall, Texas 75670
903-935-0135 (phone)
903-935-0235 (facsimile)
pturner@thelawofficeofpwt.com
**COUNSEL FOR APPELLANT**

## CERTIFICATE OF SERVICE

I certify that on January 7, 2015, I served a copy of Appellant's Motion for Leave to Exceed Word Count on counsel for Appellees listed below by electronic service and the electronic transmission was reported as complete. My email address is pturner@thelawofficeofpwt.com.

Michael L. Dunn
Smead, Anderson & Dunn
2110 Horseshoe Lane
Longview, Texas 75605
**COUNSEL FOR APPELLEES MARK L. BOON AND**
**BOON SHAVER ECHOLS COLEMAN & GOOLSBY, P.L.L.C.**

/s/ Paul W. Turner_____
Paul W. Turner

## CERTIFICATE OF CONFERENCE

I certify that on January 6 and 7, 2015, I corresponded by email with Pat Perry who works for Michael L. Dunn, counsel for the Boon Appellees, and she informed me on January 7, 2015 that Mr. Dunn was not opposed to this motion.

/s/ Paul W. Turner_____
Paul W. Turner

2